UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

OSCAR SENTELL FAISON,

                              Plaintiff,

                                                                        DECISION AND ORDER

                                                                        03-CV-6475L

                              v.

SUPERINTENDENT OF SECURITY A. LABRIOLA,
et al.,

                              Defendants.
_____

    Plaintiff's motion for leave to appeal *in forma pauperis* (Dkt. #52) is denied. No final order has been entered in this case and, therefore, plaintiff may not appeal the Court's decision (Dkt. # 49) granting partial summary judgment in favor of defendants.

    IT IS SO ORDERED.

                                                        _____
                                                             DAVID G. LARIMER
                                                           United States District Judge

Dated: Rochester, New York
       May 23, 2007.