UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

OSCAR SENTELL FAISON,

                           Plaintiff,

                                                                  DECISION AND ORDER

                                                                   03-CV-6475L

                           v.

SUPERINTENDENT OF SECURITY A. LABRIOLA,
et al.,

                           Defendants.
_____

      Plaintiff has moved to substitute the estate of defendant Murray as a defendant in the action. Defendant opposes the motion to substitute.

      The State suggests that dismissal is mandatory, although no memorandum of law was submitted on the motion. Both parties must submit legal authority for their respective positions on or before August 24, 2007.

      IT IS SO ORDERED.

                                                    _____
                                                       DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
         July 25, 2007.